IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 5 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| SALVADORA ORTIZ and THOMAS SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN AIRLINES, INC., THE AMERICAN AIRLINES PENSION ASSET ADMINISTRATION COMMITTEE and AMERICAN AIRLINES FEDERAL CREDIT UNION, <br><br> Defendants | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:16-cv-00151-A |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Before the Court is the Parties' Joint Motion to Extend Time to Respond to Defendants' Motions to Dismiss. Upon consideration, the Court finds the Motion is well-taken and should be, and hereby is, **GRANTED** *to the extent granted below.*

Accordingly, it is **ORDERED** that within 21 days of the date of this Order, Plaintiffs shall file a motion for class certification and preliminary approval of the proposed settlement.

It is further **ORDERED** that Plaintiffs' response to the Defendants' Motions to Dismiss is extended until a date to be determined by the Court ~~after the Court conducts a hearing and makes a determination on whether to approve the settlement. If the Court approves the settlement, then the Motion to Dismiss will be rendered moot and no further action will be~~ required.

Signed this the 15 day of June, 2016.

_____
Honorable John McBryde
United States District Judge