UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SALVADORA ORTIZ and THOMAS SCOTT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES INC., THE AMERICAN AIRLINES PENSION ASSET ADMINISTRATION COMMITTEE, and AMERICAN AIRLINES FEDERAL CREDIT UNION,<br><br>Defendants. | Case No. 4:16-cv-00151-A |

## ORDER GRANTING EXTENSION

Came on to be considered in the above-captioned action the Agreed Motion to Extend Time for Plaintiffs to File Motion for Class Certification and Preliminary Approval of Settlement. The Court finds that such motion should be granted. Therefore, the Court orders that (i) such motion be, and is hereby, granted and (ii) the deadline for plaintiffs to file a motion for class certification and preliminary approval of settlement be, and is hereby, extended to 4:00 p.m. on July 18, 2016.

SIGNED July 1, 2016.

_____
Hon. John McBryde
United States District Judge