IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SALVADORA ORTIZ and THOMAS SCOTT, | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:16-cv-00151-A |
| AMERICAN AIRLINES, INC., THE AMERICAN AIRLINES PENSION ASSET ADMINISTRATION COMMITTEE and AMERICAN AIRLINES FEDERAL CREDIT UNION, | § § § § § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR ORDER PRELIMINARILY APPROVING (I) CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASSES; (II) APPOINTMENT OF LEAD AND CLASS COUNSEL; (III) PRELIMINARY APPROVAL OF SETTLEMENT; AND (IV) APPROVAL OF FORM AND MANNER OF NOTICE**

Plaintiffs Salvadora Ortiz and Thomas Scott ("Plaintiffs") plaintiffs in the above-captioned class action lawsuit (the "Action"), respectfully move the Court for entry of an order: (1) conditionally certifying the Settlement Classes;[1] (2) appointing Lead and Class Counsel; (3) preliminarily approving the Settlement; and (4) approving the form and manner of notice to Class Members of the Settlement. ("Preliminary Approval Order").

Plaintiffs respectfully request that the Court enter the above-described order to preliminarily approve the settlement negotiated by Plaintiffs and Defendants in this action. Plaintiffs and Defendants seek to compromise and thereby settle all issues and claims alleged in the Complaint filed as Docket No. 1 in the Action (the "Complaint") on behalf of all members of the proposed Settlement Classes. To that end, Plaintiffs and Defendants have agreed to a settlement

---

[1] Capitalized terms herein have the definitions set forth in the Settlement Agreement and Release, which is submitted herewith as Exhibit 1 to Plaintiff's Appendix.

1

of the Action that Class Counsel have determined will provide fair and adequate relief to the proposed Settlement Classes for the claims alleged in the Complaint (which are brought under the Employee Retirement Income Security Act ("ERISA")) during the period February 10, 2010 to the date of the Preliminary Approval Order ("Relevant Period").

This motion is supported by an accompanying memorandum of law, declaration, and exhibits, including the Settlement Agreement, a proposed preliminary approval order, a proposed class notice, and a proposed final judgment.

Dated: July 18, 2016

Respectfully submitted,

Jonathan Suder
jts@fsclaw.com
Michael Cooke
mtc@fsclaw.com
Todd Ian Blumenfeld
blumenfeld@fsclaw.com
FRIEDMAN SUDER & COOKE PC
Tindall Square Warehouse # 1
604 E 4th Street, Suite 200
Fort Worth, Texas 76102
Phone: 817-334-0400
Fax: 817-334-0401

-AND-

Peter Schneider
pschneider@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY
WOTKYNS, LLP
3700 Buffalo Speedway, Ste. 1100
Houston, Texas 77098
Phone: 713-338-2560  Fax: 866-505-8036

-AND-

Garrett W. Wotkyns
gwotkyns@schneiderwallace.com
John J. Nestico
jnestico@schneiderwallace.com
Michael C. McKay
mmckay@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY
WOTKYNS, LLP
8501 North Scottsdale Road, Suite 270
Scottsdale, Arizona
Phone: 480-428-0142  Fax: 866-505-8036

-AND-

Todd M. Schneider
tschneider@schneiderwallace.com
Kyle G. Bates
kbates@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY
WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Phone: 415-421-7100  Fax: 415-421-7105

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I certify that on July 14, 2016, my co-counsel John J. Nestico, conferred with Shannon Barrett of O'Melveny & Myers LLP (on behalf of the Defendants American Airlines, Inc. and the American Airlines Pension Asset Administration Committee), and Jonathan Neerman of Jackson Walker L.L.P. (on behalf of the American Airlines Federal Credit Union) and Defendants are unopposed to the relief sought in this Motion.

_____
Todd I. Blumenfeld

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of July, 2016, I served a copy of the above and foregoing document, via first class mail, on the following:

Dee J. Kelly, Jr.
Lars L. Berg
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Brian D. Boyle
Shannon M. Barrett
Meaghan VerGow
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC. – and –
THE AMERICAN AIRLINES PENSION
ASSET ADMINISTRATION
COMMITTEE**

Jonathan D Neerman
Edwin M Buffmire
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75202

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES FEDERAL
CREDIT UNION**

_____
Todd I. Blumenfeld

4