

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| SALVADORA ORTIZ and THOMAS SCOTT,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC., The AMERICAN AIRLINES PENSION ASSET ADMINISTRATION COMMITTEE, and AMERICAN AIRLINES FEDERAL CREDIT UNION,<br><br>Defendants. | Case No.: 4:16-CV-00151-A<br><br> |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 23 and this Court's Order dated March 23, 2018 (Dkt. No. 87), Plaintiffs Salvadora Ortiz and Thomas Scott ("Plaintiffs") hereby move this Court for an order certifying the following proposed class in this action (or in the alternative, such other class(es) as the Court may determine to be appropriate):

> All participants and beneficiaries of the $uper $aver, a 401(k) Capital Accumulation Plan for Employees of Participating AMR Corporation Subsidiaries, who invested directly in the AA Credit Union Fund or who indirectly invested in the AA Credit Union Fund by virtue of their investment in the Moderate Pre-Mixed Portfolio or the Conservative Pre-Mixed Portfolio at any time from February 12, 2010 through the date of judgment, excluding the (i) Directors and elected officers of Defendant American Airlines; (ii) the members of the PAAC; the members of any other committee exercising fiduciary responsibility or authority with respect to the Plan, including the Benefits Strategy Committee and the Pension Benefits Administration Committee; and the Directors and elected officers of Defendant AA Credit Union.

In addition, Plaintiffs also move the Court to appoint Plaintiffs as the class representatives for the class, and Plaintiffs' counsel, Schneider Wallace Cottrell Konecky Wotkyns LLP and Friedman Suder & Cooke, PC, as class counsel.

This Motion is made based upon the accompanying Memorandum of Law and the Declarations of Todd M. Schneider, Jonathan T. Suder, Jack DeWitt, Roger Levy, James King, Salvador Ortiz and Thomas Scott, Jr., as well as the arguments of counsel, Plaintiffs' Complaint (Dkt. No. 1), all other papers, pleadings, documents, and materials filed in this action, and any other evidence and argument the Court may consider.

Dated: April 23, 2018

Respectfully submitted,

/s/ Jonathan T. Suder

Jonathan Suder
jts@fsclaw.com
Todd Ian Blumenfeld
blumenfeld@fsclaw.com
Michael Cooke
mtc@fsclaw.com
FRIEDMAN SUDER & COOKE PC
Tindall Square Warehouse # 1
604 E 4th Street, Suite 200
Fort Worth, Texas 76102
Phone: 817-334-0400
Fax: 817-334-0401

-AND-

Peter Schneider
pschneider@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP
3700 Buffalo Speedway, Ste. 1100
Houston, Texas 77098
Phone: 713-338-2560
Fax: 866-505-8036

-AND-

Garrett W. Wotkyns (*pro hac vice*)
gwotkyns@schneiderwallace.com
John J. Nestico
jnestico@schneiderwallace.com
Michael C. McKay (*pro hac vice*)
mmckay@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP
8501 North Scottsdale Road, Suite 270

Scottsdale, Arizona
Phone: 480-428-0142
Fax: 866-505-8036

-AND-

Todd M. Schneider (*pro hac vice*)
tschneider@schneiderwallace.com
Kyle G. Bates (*pro hac vice*)
kbates@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL KONECKY
WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Phone: 415-421-7100
Fax: 415-421-7105

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 23, 2018, I conferred with Shannon Barrett (on behalf of the Defendants American Airlines, Inc. and the American Airlines Pension Asset Administration Committee), and Jonathan Neerman (on behalf of the American Airlines Federal Credit Union) and Defendants are opposed to the relief sought in this Motion.

_____
Todd I. Blumenfeld

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via the Court's electronic ECF system on April 23, 2018 on all counsel of record as follows:

Dee J. Kelly
Lars L. Berg
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
dee.kelly.2@kellyhart.com
lars.berg@kellyhart.com

Shannon M. Barrett
Brian D. Boyle
Meaghan VerGow
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
(202) 383-5300
Fax: (202) 383-5414
sbarrett@omm.com
bboyle@omm.com
mvergow@omm.com

**ATTORNEYS FOR AMERICAN AIRLINES, INC., THE AMERICAN AIRLINES PENSION ASSET ADMINISTRATION COMMITTEE**

Jonathan D. Neerman
Texas Bar No. 24037165
Edwin Buffmire
Texas Bar No. 24078283
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-5664
jneerman@jw.com
ebuffmire@jw.com

**ATTORNEYS FOR AMERICAN AIRLINES FEDERAL CREDIT UNION**

_/s/ Jonathan T. Suder_
Jonathan T. Suder

4