IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 1 2020

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| SALVADORA ORTIZ AND THOMAS SCOTT, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 4:16-CV-151-A |
| AMERICAN AIRLINES, INC., ET AL., | § § | |
| Defendants. | § § § | |

## ORDER DENYING CLASS CERTIFICATION

After having considered the motion filed by plaintiffs, Salvadora Ortiz and Thomas Scott, on April 23, 2018, for class certification, and responsive, opposing, and reply documents filed in reference thereto, the court has concluded that such motion should be denied inasmuch as the court is satisfied that plaintiffs have filed this action on behalf of the retirement plan in question pursuant to the authority of sections 502(a)(2) and (3) of the Employee Retirement Income Security Act [29 U.S.C. §§ 1132(a)(2) and (3)] and that there is no need for plaintiffs to proceed as representatives of a class. Therefore,

The court ORDERS that such motion be, and is hereby, denied.

SIGNED July 1, 2020.

JOHN McBRYDE
United States District Judge