U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 5 2020

CLERK, U.S. DISTRICT COURT

By_____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

SALVADORA ORTIZ AND THOMAS      §
SCOTT, ON BEHALF OF THEMSELVES  §
AND ALL OTHERS SIMILARLY        §
SITUATED,                       §
                                §
            Plaintiffs,         §
                                §
VS.                             §   NO. 4:16-CV-151-A
                                §
AMERICAN AIRLINES, INC.,        §
ET AL.,                         §
                                §
            Defendants.         §

FINAL JUDGMENT

Consistent with the court's memorandum opinion and order

signed this date,

The court ORDERS, ADJUDGES, and DECREES that plaintiffs,

Salvadora Ortiz and Thomas Scott, on behalf of themselves and

all others similarly situated, take nothing on their claims

against defendants, American Airlines, Inc., The American

Airlines Pension Asset Administration Committee, and American

Airlines Federal Credit Union, and that such claims be, and are

hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that

defendants have and recover from plaintiffs, jointly and

severally, their costs of court.

SIGNED August 5, 2020.

JOHN McBRYDE
United States District Judge