AO 133    (Rev. 12/09)  Bill of Costs - TXND

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Salvadora Ortiz and Thomas Scott, on behalf of themselves and all others similarly situated<br>v.<br>American Airlines, Inc., et al. | )<br>)<br>)   Case No.: 4:16-CV-00151-A<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __08/05/2020__ against __Plaintiffs__ ,
                                                              *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 10,783.25 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,433.17 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| | TOTAL    $ | 12,216.42 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service                    [ ] First class mail, postage prepaid

[ ] Other: _____

    s/ Attorney:    __Jonathan D. Neerman__

        Name of Attorney: __Jonathan D. Neerman__

For: __Defendant American Airlines Federal Credit Union__          Date: __08/18/2020__
              *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

                                        By: _____
_____                 _____        _____
      *Clerk of Court*                              *Deputy Clerk*                        *Date*

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or  a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Description | Amount Due |
|---|---|
| Deposition of Francis A. Longstaff, Ph.D. on August 3, 2018 | $840.60 |
| Court Transcript of Hearing on September 18, 2018 held before Hon. John McBryde | $46.80 |
| Deposition of David Pulford on September 25, 2018 | $473.75 |
| Deposition of Thomas Scott on September 26, 2018 | $758.00 |
| Deposition of Salvador Ortiz on October 3, 2018 | $674.45 |
| Blowbacks/Prints of Black & White Images on July 8, 2020 | $1,433.17 |
| Deposition of Neil Librock on July 15, 2020 | $2,571.70 |
| Deposition of James J. King, Jr. on July 15, 2020 | $1,487.50 |
| Deposition of Lewis Cohen on July 16, 2020 | $1,037.60 |
| Deposition of Jeffrey Gaia on July 17, 2020 | $1,587.80 |
| Deposition of Walter Torous, Ph.D. on July 17, 2020 | $1,305.05 |
| **TOTAL** | **$12,216.42** |



# INVOICE

**DATE:** 8/15/2018
**INVOICE #** 080318-654495
**JOB #** 145460

**Bill To:**
Jonathan D. Neerman
Jackson Walker L.L.P.
Bank of America Plaza
901 Main Street
Dallas, TX 75202

**CASE:** Salvadora Ortiz and Thomas Scott v. American Airlines, Inc., et al.
**WITNESS:** Francis A. Longstaff, Ph.D.
**DATE:** 8/3/2018
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 208 | $3.45 | $717.60 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 80 | $0.25 | $20.00 |
| Exhibits - Scanned & Hyperlinked - Color | 53 | $1.00 | $53.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $790.60 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $840.60 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

✎ AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the ___Northern___   District of ___Texas - Fort Worth Division___

| **INVOICE** | NUMBER |
|---|---|
| | 18-099 |

**TO:**

Mr. Jonathan D. Neerman
Jackson Walker, LLP
2323 Ross Avenue, Suite 600
Dallas, Texas 75202

PHONE:  214.953.5664

**NOTE**
**MAKE CHECK PAYABLE TO:**
  Debbie Saenz, CSR, RMR, CRR
  EIN: 27-4688216
  4621 S. Cooper, #131-184
  Arlington, Texas 76017
PHONE:   817.850.6661

## TRANSCRIPTS

| CRIMINAL | X CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| | | 9/20/18 | 9/20/18 |

IN THE MATTER OF (CASE NUMBER AND TITLE)
No. 4:16-CV-151-A; Salvadora Ortiz, et al. vs. American Airlines, Inc., et al - 9/18/18 Telephone Conference held before the Honorable John McBryde.

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 39 | 1.20 | 46.80 | | | | 46.80 |

| For proceedings on (Date):  See above. | **TOTAL** | 46.80 |
|---|---|---|
| | LESS DISCOUNT FOR LATE | |
| | LESS AMOUNT OF DEPOSIT | |
| | **TOTAL REFUNDED** | |
| | **TOTAL DUE** | 46.80 |

## ADDITIONAL INFORMATION

 Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

## CERTIFICATION

 I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| | 9/20/18 |

*(All previous editions of this form are canceled and should be destroyed.)*

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR



# INVOICE

**DATE:** 10/5/2018
**INVOICE #** 092518-656507
**JOB #** 148490

**Bill To:**  Jonathan D. Neerman
Jackson Walker L.L.P.
Bank of America Plaza
901 Main Street
Dallas, TX 75202

**CASE:**  Salvadora Ortiz and Thomas Scott v. American Airlines, Inc., et al.
**WITNESS:**  David Pulford
**DATE:**  9/25/2018
**LOCATION:**  Fort Worth, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 90 | $3.45 | $310.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 453 | $0.25 | $113.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $423.75 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $473.75 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Veritext, LLC
## Texas Region

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| **Bill To:** | Jonathan Neerman | | **Invoice #:** | TX3500573 |
|---|---|---|---|---|
| | Jackson Walker LLP | | **Invoice Date:** | 10/10/2018 |
| | 2323 Ross Ave | | **Balance Due:** | $758.00 |
| | Ste 600 | | | |
| | Dallas, TX, 75201 | | | |

| **Case:** | Ortiz, Salvadora; Et Al v. American Airlines Group, Inc. |
|---|---|
| **Job #:** | 3021615 | Job Date: 9/26/2018 | Delivery: Normal |
| **Billing Atty:** | Jonathan Neerman |
| **Location:** | Friedman Suder & Cooke |
| | 604 East 4th Street | Suite 200 |
| | Fort Worth, TX 76102 |
| **Sched Atty:** | Dee J. Kelly Jr. | Kelly Hart Hallman |

| Witness | Description | Amount |
|---|---|---|
| Thomas Scott | Certified Transcript | $758.00 |

| Notes: | | **Invoice Total:** | $758.00 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $758.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*PLEASE PROCESS FOR PAYMENT.*
*C/M 105585 - 156*

**RECEIVED**
OCT 2 4 2018
Jackson Walker L.L.P.

*JONATHAN D. NEERMAN*

---

54687

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | TX3500573 |
|---|---|
| **Job #:** | 3021615 |
| **Invoice Date:** | 10/10/2018 |
| **Balance:** | $758.00 |



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 10/24/2018
**INVOICE #** 100318-800571
**JOB #** 148747

**Bill To:**  Jonathan D. Neerman
Jackson Walker L.L.P.
Bank of America Plaza
901 Main Street
Dallas, TX 75202

**CASE:**  Salvadora Ortiz and Thomas Scott v. American Airlines, Inc., et al.
**WITNESS:**  Salvadora Ortiz
**DATE:**  10/3/2018
**LOCATION:**  Philadelphia, PA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 171 | $3.45 | $589.95 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 138 | $0.25 | $34.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $624.45 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $674.45 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

HOLD UNTIL PAYMENT RECEIVED

39830-OSCP

# Invoice



| Date | Invoice # |
|---|---|
| 7/8/2020 | **10869** |

| Bill To |
|---|
| Jackson Walker LLP<br>2323 Ross Avenue<br>Suite 600<br>Dallas, Tx 75201<br>Attn: Sonya Everitt<br>TKID: SCE1 ✓ |

| **Client Matter Name/Number** |
|---|
| **105585.00156**  |

| Tax ID# | Terms |
|---|---|
| 20-3716204 | Due on receipt |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Blowbacks/Prints of Black & White Images | 12,266 | 0.09 | 1,103.94T |
| 3" 3 Ring View Notebook/Binder | 22 | 10.00 | 220.00T |

659104

**RECEIVED**

*By Shannon Green at 2:30 pm, Jul 08, 2020*

**Thank you for using Digital Verdict!**

Please Remit Payment To:
DIGITAL VERDICT, INC.
1412 Main Street, Suite 1180
Dallas, TX 75202
(214) 206-4184

| | |
|---|---|
| Subtotal | $1,323.94 |
| Sales Tax (8.25%) | $109.23 |
| **Total** | **$1,433.17** ✓ |

**Signature:** _____

# INVOICE

**INVOICE DATE:** 7/23/2020
**INVOICE #:** 2024245
**JOB #:** 181729

**BILL TO:**
Jonathan Neerman
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201 US

**SHIP TO:**
Jonathan Neerman
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201 US

**CASE:** Salvadora Ortiz and Thomas Scott v. American Airlines, Inc., et al.
**WITNESS:** Neil Librock
**JOB DATE:** 7/15/2020
**LOCATION:** TELEPHONIC, San Francisco, CA, 94111, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Neil Librock** | | | | |
| Original & 1 Certified Transcript | 1 | 136 | $4.95 | $673.20 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Original Transcript - Immediate Delivery | 1 | 136 | $5.45 | $741.20 |
| Remote Real-time Transcription | 2 | 136 | $1.65 | $448.80 |
| Rough Transcript | 1 | 136 | $1.50 | $204.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 58 | $0.25 | $14.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User - Reduced by 50% | 1 | | | ($350.00) |
| Remote Real-time Transcription & Video Connectivity Charge / User | 2 | | $350.00 | $700.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Telephonic | 1 | | $140.00 | $140.00 |
| | | | SUBTOTAL | $2,571.70 |
| | | | TOTAL | $2,571.70 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.      Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# INVOICE

**INVOICE DATE:** 7/30/2020
**INVOICE #:** 2024739
**JOB #:** 181728

**BILL TO:**
Jonathan Neerman
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201 US

**SHIP TO:**
Jonathan Neerman
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201 US

**CASE:** Salvadora Ortiz and Thomas Scott v. American Airlines, Inc., et al.
**WITNESS:** James J. King, Jr.
**JOB DATE:** 7/15/2020
**LOCATION:** Telephonic, West Windsor, NJ, 08550, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 184 | $3.45 | $634.80 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription | 1 | 184 | $1.65 | $303.60 |
| Rough Transcript | 1 | 184 | $1.65 | $303.60 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 282 | $0.25 | $70.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User - Reduced by 50% | 1 | | | ($175.00) |
| Remote Real-time Transcription & Video Connectivity Charge / User | 1 | | $350.00 | $350.00 |
| | | | SUBTOTAL | $1,487.50 |
| | | | TOTAL | $1,487.50 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# INVOICE

**INVOICE DATE:** 7/31/2020
**INVOICE #:** 2024853
**JOB #:** 181825

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

BILL TO:   Jonathan Neerman
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201 US

SHIP TO:   Jonathan Neerman
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201 US

CASE:   Salvadora Ortiz and Thomas Scott v. American Airlines, Inc., et al.
WITNESS:   Lewis Cohen
JOB DATE:   7/16/2020
LOCATION:   TELEPHONIC, Dallas, TX, 75001, US

NOTES:

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 78 | $3.45 | $269.10 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Certified Transcript - Immediate Delivery | 1 | 78 | $5.25 | $409.50 |
| Remote Real-time Transcription | 1 | 78 | $1.50 | $117.00 |
| Remote Real-time Transcription Connectivity Charge / User - Reduced by 50% | 1 | | | ($125.00) |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Rough Transcript | 1 | 78 | $1.50 | $117.00 |
| | | | SUBTOTAL | $1,037.60 |
| | | | TOTAL | $1,037.60 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.          Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708          Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

# INVOICE

**INVOICE DATE:** 7/22/2020
**INVOICE #:** 2024031
**JOB #:** 181826

BILL TO:     Jonathan Neerman
             Jackson Walker LLP
             2323 Ross Avenue, Suite 600
             Dallas, TX 75201 US

SHIP TO:     Jonathan Neerman
             Jackson Walker LLP
             2323 Ross Avenue, Suite 600
             Dallas, TX 75201 US

CASE:        Salvadora Ortiz and Thomas Scott v. American Airlines, Inc., et al.
WITNESS:     Jeffrey Gaia
JOB DATE:    7/17/2020
LOCATION:    TELEPHONIC, Phoenix, AZ, 85008, US

NOTES:

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 148 | $3.45 | $510.60 |
| Certified Transcript - Early AM Pages | 1 | 38 | $1.25 | $47.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Certified Transcript - Immediate Delivery | 1 | 148 | $3.80 | $562.40 |
| Remote Real-time Transcription | 1 | 148 | $1.85 | $273.80 |
| Exhibits - Scanned & Hyperlinked - B&W | 1 | 74 | $0.25 | $18.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User - Reduced by 50% | 1 | | | ($175.00) |
| Remote Real-time Transcription & Video Connectivity Charge / User | 1 | | $350.00 | $350.00 |
| | | | SUBTOTAL | $1,587.80 |
| | | | TOTAL | $1,587.80 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.        Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.

**TSG REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

INVOICE

INVOICE DATE: 7/22/2020
INVOICE #: 2024034
JOB #: 181827

BILL TO:        Jonathan Neerman
                Jackson Walker LLP
                2323 Ross Avenue, Suite 600
                Dallas, TX 75201 US

SHIP TO:        Jonathan Neerman
                Jackson Walker LLP
                2323 Ross Avenue, Suite 600
                Dallas, TX 75201 US

CASE:           Salvadora Ortiz and Thomas Scott v. American Airlines, Inc., et al.
WITNESS:        Walter Torous, PHD
JOB DATE:       7/17/2020
LOCATION:       TELEPHONIC, Boston, MA, 02114, US

NOTES:

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| Certified Transcript | 1 | 103 | $3.45 | $355.35 |
| Certified Transcript - Evening Pages | 1 | 10 | $1.25 | $12.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Certified Transcript - Immediate Delivery | 1 | 103 | $5.45 | $561.35 |
| Remote Real-time Transcription | 1 | 103 | $1.95 | $200.85 |
| Remote Real-time Transcription & Video Connectivity Charge / User - Reduced by 50% | 1 | | | ($175.00) |
| Remote Real-time Transcription & Video Connectivity Charge / User | 1 | | $350.00 | $350.00 |
| | | | SUBTOTAL | $1,305.05 |
| | | | TOTAL | $1,305.05 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.        Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708        Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.