FILED
August 10, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

---

No. 20-10817

---

Salvadora Ortiz; Thomas Scott,

*Plaintiffs—Appellants,*

*versus*

American Airlines, Incorporated; American Airlines Pension Asset Administration Committee; American Airlines Federal Credit Union,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CV-151-A

---

Before Smith, Stewart, and Ho, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART, and VACATED IN PART. The cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 20-10817

IT IS FURTHER ORDERED that each party bear its own costs on appeal.



**Certified as a true copy and issued as the mandate on** Aug 10, 2021

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**