IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SALVADORA ORTIZ AND THOMAS SCOTT, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § | NO. 4:16-CV-151-A |
| AMERICAN AIRLINES, INC., ET AL., | § § § § | |
| Defendants. | § | |

### ORDER

In accordance with the mandate of the United States Court of Appeals for the Fifth Circuit,

The court ORDERS that the claims of plaintiffs, Salvadora Ortiz and Thomas Scott, on behalf of themselves and all others similarly situated, against defendant American Airlines Federal Credit Union be, and are hereby, dismissed for lack of jurisdiction.

SIGNED August 10, 2021.

JOHN McBRYDE
Senior United States District Judge