IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| SALVADORA ORTIZ AND THOMAS SCOTT, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>VS.<br><br>AMERICAN AIRLINES, INC., ET AL.,<br><br>    Defendants. | §§§§§§§§§§§§§§ NO. 4:16-CV-151-A |

FINAL JUDGMENT

In accordance with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, Salvadora Ortiz and Thomas Scott, on behalf of themselves and all others similarly situated, against defendant American Airlines Federal Credit Union ("AAFCU") be, and are hereby, dismissed for lack of jurisdiction.

The court further ORDERS, ADJUDGES, and DECREES that AAFCU have and recover from plaintiffs, jointly and severally, its costs of court.

SIGNED August 10, 2021.

_____
JOHN McBRYDE
Senior United States District Judge